UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THACH WANA,<br><br>      Petitioner,<br><br>  v.<br><br>PAMELA BONDI, *et al.*,<br><br>      Respondents. | CASE NO. 2:25-cv-02321-BHS-GJL<br><br>ORDER APPOINTING FEDERAL PUBLIC DEFENDER |

On behalf of Petitioner Thach Wana, the Federal Public Defender's Office ("FPD") has filed a Motion to Appoint Counsel ("Motion") in this 28 U.S.C. § 2241 immigration habeas action. Dkt. 2. In the Motion, the FPD indicates their willingness to represent Petitioner in this case. *Id*. In addition, the FPD declares that Petitioner does not have the financial resources to retain counsel as he is presently in custody, and that they will file a signed affidavit regarding Petitioner's financial eligibility within 30 days. *Id*. Having considered the Motion, Petitioner's financial eligibility, and the balance of the record, the Court finds and **ORDERS** as follows:

  (1) The Court is in receipt of Petitioner's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. 1. The filing fee has been paid. *See id*. Because of the complex issues

1  involved in this case, the interests of justice do require that counsel be appointed for Petitioner.

2  *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, Petitioner's request for appointment of counsel is

3  **GRANTED**. Dkt. 2. The Court **APPOINTS** the Federal Public Defender to represent Petitioner

4  in these proceedings. Further, **within 30 days of the date of this Order**, Petitioner **shall FILE**

5  an affidavit demonstrating financial eligibility for such appointment.

6      (2)    The Clerk shall send copies of this Order to Petitioner, to the Federal Public

7  Defender, to counsel for Respondents, and to the Honorable Benjamin H. Settle.

      Dated this 21st day of November, 2025.

      Grady J. Leupold
      United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 2