UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THACH WANA,<br><br>    Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>    Respondents. | No. 2:25-cv-2321-RSL-GJL<br><br>ORDER FOR BRIEFING SCHEDULE |

THE COURT has considered Petitioner Thach Wana's unopposed motion for a briefing schedule along with the records in this case. The motion is GRANTED.

Respondents shall file a response to the habeas petition no later than 14 days after the petition was received. Petitioner may file a reply no later than five days after Respondents' response. The petition will be noted for the same day Petitioner files a reply.

Because this Court will address the expedited habeas petition, the Court terminates the referral to Magistrate Judge Grady J. Leupold.

DONE this 1st day of December 2025.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colin Fieman*
Attorney for Petitioner

ORDER FOR BRIEFING SCHEDULE
(*Wana v. Bondi, et al.*, No CV25-2321-BHS-GJL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100