# United States District Court

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| THACH WANA,<br><br>                Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>                Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:25-cv-02321-RSL |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Petitioner against Respondents.


DATED this 15th day of December, 2025.

                                                RAVI SUBRAMANIAN,
                                                Clerk of the Court

                                                By:   */s/ Victoria Ericksen*
                                                            Deputy Clerk